IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MONICA JEFFRIES, | * |
| Plaintiff | * |
| v | *   Civil Action No.: PJM-20-646 |
| EQUIFAX CREDIT BUREAU, *et al.*, | * |
| Defendants | * |

***

## MEMORANDUM OPINION

The above-entitled case was initially filed by Plaintiff Monica Jeffries in the District Court for Prince George's County, Maryland on December 10, 2019. It is now pending in this Court by virtue of a Notice of Removal, also filed by Plaintiff Monica Jeffries, on March 4, 2020. ECF No. 1, *see also Jeffries v. Equifax Credit Bureau, et al*, Case No. 0502-003688902019 (D. Ct. Pr. George's).[1] Jeffries filed Motions to Dismiss Erroneous Credit Information (ECF No. 3), for Leave to Proceed in Forma Pauperis (ECF No. 5) and to Amend Complaint (ECF No. 6) which in light of the dismissal of this case are denied without prejudice.

Under 28 U.S.C. § 1441 a civil action filed in a State court is removable only if the United States District Court to which it is removed has original jurisdiction over the claims raised in the complaint. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28

---

[1] *See* http://casesearch.courts.state.md.us/inquiry.

U.S.C.A. § 1446(b) (emphasis supplied).  As noted, Jeffries is the plaintiff in the underlying State case.  Removal of a State case that asserts a federal claim is a tool reserved for the Defendant in the action filed.  Here, Jeffries chose the forum in which to file her Complaint. Accordingly, the case shall be remanded to the State court for all further proceedings as that court deems appropriate.  A separate Order follows.

May 29, 2020                                              _____/s/_____
DATE                                                            PETER J. MESSITTE
                                                               UNITED STATES DISTRICT JUDGE